**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01185-LTB-OES

SUSAN GRACE SCHNEIDER,
RICHARD HARRY SCHNEIDER, and
ROBERT ANDRIES SCHNEIDER, as Trustees of the Revocable Trust of Janet S. Schneider dated October 26, 1987, as amended,
        Plaintiffs,

v.

HENRY H. CATE, JR. a/k/a TONY CATE,
        Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiffs' Unopposed Motion to Join Additional Plaintiffs (filed July 19, 2005) is **GRANTED**.




Dated:  July 19, 2005
_____